Argued January 2—decided January 4, 1973

HOME OWNERS FEDERAL SAVINGS AND LOAN ASSOCIATION *v.* WINCHESTER MANOR, INC., ET AL.

The plaintiff's motion to dismiss is granted. The case is remanded to the Court of Common Pleas in Hartford County with direction, if equity to the mortgagor or any lienor requires it, to set a new law day or days.

*Robert H. Nathan* and *Joseph S. Rachlin,* for the appellee (plaintiff).

*Raphael Korff,* for the appellants (defendants).

Argued January 2—decided January 4, 1973